# Court of Appeals
# of the State of Georgia

ATLANTA,  April 17, 2019

*The Court of Appeals hereby passes the following order:*

**A19E0046. PLANT v. TEAM REALTY.**

Upon consideration of Plant's emergency motion to stay the writ of possession, the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/17/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*